IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY ULMER, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-09-0704 |
| | § |
| UNITED STATES POSTAL SERVICES, | § |
| | § |
| Defendant. | § |

### ORDER

Service of this action, filed on March 10, 2009, has not been effected. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In accordance with this rule, it is ORDERED that plaintiff file proof that he has effected service no later than **July 31, 2009.** Failure to do so may lead to dismissal of this action without prejudice. The initial pretrial and scheduling conference set for June 26, 2009 is canceled and will be reset, if appropriate, after proof of service has been filed.

SIGNED on June 24, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge